# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Heather Rae Makwana,<br><br>　　　　　Defendant. | Criminal No. 06-58 (1) (RHK/JSM)<br><br>**ORDER** |

　　　　Defendant's Motion for Reconsideration (Doc. No. 18) is **DENIED**.

Dated: May 4, 2007

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge