# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 06-58 (1) (RHK/JSM) |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| Heather Rae Makwana, | |
| Defendant. | |

---

Defendant's Amended Motion on Reconsideration (Doc. No. 20) is **DENIED**.

Dated: September 10, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
