# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 06-58 (1) (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER** |
| Heather Rae Makwana, | |
| Defendant. | |

Defendant's Motion to Modify Restitution Payment Schedule (Doc. No. 22) is **DENIED**.

Dated: January 17, 2008

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge